STATE OF NEW JERSEY, Respondent, *v.* HERBERT R. LIMBURG et al., Appellants, Impleaded with Another.

*State of New Jersey* v. *Limburg,* 122 App. Div. 920, affirmed.
(Submitted March 4, 1909; decided March 23, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 28, 1907, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial in an action to recover upon a contract of guaranty.

*Benjamin N. Cardozo* and *Herbert R. Limburg* for appellants.

*Matthew C. Fleming* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

LOUISE BLAIR, Respondent, *v.* M. McCORMACK CONSTRUCTION COMPANY, Appellant.

*Blair* v. *McCormack Constr. Co.,* 123 App. Div. 907, affirmed.
(Argued March 4, 1909; decided March 23, 1909.)

APPEAL from a judgment entered December 30, 1907, upon an order of the Appellate Division of the Supreme Court in the second judicial department, which reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and granting a new trial and directed a reinstatement of such verdict in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*Eugene Lamb Richards, Jr., Rutherford B. Meyer* and *Frank Verner Johnson* for appellant.

*Archibald Foote Clark* and *Ralph Gillette* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Absent: CHASE, J.